

**Entered on Docket
March 12, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
McCarthy & Holthus, LLP
9510 West Sahara Suite #110
Las Vegas, NV  89101
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor, US Bank National Association, as trustee on behalf of New Century Alternative Mortgage Loan Trust 2006-ALT2, its assignees and/or successors and the servicing agent WELLS FARGO BANK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-33454-LBR |
| | ) |
| Stephanie M. Andrle, | ) Chapter  7 |
| | ) |
| Debtor. | ) DATE:  03/03/10 |
| | ) TIME:   2:30 p.m. |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

     The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

*Rev. 12.09*                                                                                                         M&H File No. NV-09-18657
                                                                                                                              09-33454-lbr

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 7300 Pirates Cove Road, Unit 2097, Las Vegas, NV 89145.

Secured Creditor will provide not less than 7 days notice of the date, time, and location of the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

*/s/Christopher K. Lezak*
Christopher K. Lezak, Esq.
9510 West Sahara Suite #110
Las Vegas, NV 89117
702-685-0329


Approved/Disapproved

*ECF 01/26/10*
Christine M. Stokes, Esq.
2411 West Charlestone Boulevard
LAS VEGAS, NV 89102
702-400-0000

Approved/Disapproved

*ECF 01/26/10*
Lenard E. Schwartzer
2850 South Jones Boulevard, #1
Las Vegas, NV 89146

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☒ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Christine M. Stokes - ECF 01/26/10

Unrepresented parties appearing: None

Trustee: Lenard E. Schwartzer - ECF 01/26/10

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

###

*Rev. 12.09*    M&H File No. NV-09-18657
09-33454-lbr